```
DEBRA WONG YANG
United States Attorney
THOMAS P. O'BRIEN
Assistant United States Attorney
Chief, Criminal Division
TRACY L. WILKISON (Cal. Bar No. 184948)
Assistant United States Attorneys
Narcotics Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0622
     Facsimile: (213) 894-0142
     email: tracy.wilkison@usdoj.gov

Attorneys for Plaintiff
United States of America
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CV 05-6164-WMB |
| Plaintiff, | (No. CR 04-598-WMB) |
| v. | [proposed] ORDER DECLARING PARTIAL WAIVER OF ATTORNEY-CLIENT PRIVILEGE AND COMPELLING DISCLOSURE OF CERTAIN ATTORNEY-CLIENT COMMUNICATIONS |
| ALFONSO LUJANO MEZA, | |
| Defendant. | |

The Court, having considered the government's <u>Ex Parte</u> Application For a Court Order Declaring Partial Waiver Of Attorney-Client Privilege and Compelling Disclosure of Certain Attorney-Client Communications, and good cause having been shown, IT IS HEREBY ORDERED THAT:

(1) Defendant Alfonso Lujano Meza has waived his attorney-client privilege with respect to all communications between himself and his attorney, Judith Rochlin, concerning the events and facts related to defendant's claims of ineffective assistance of counsel in <u>United States v. Meza</u>, No. CV 05-6164-WMB; and

1

(2) Attorney Judith Rochlin is ordered to disclose to the government and the Court all communications between himself and defendant concerning the events and facts related to defendant's claims of ineffective assistance of counsel in <u>United States v. Meza</u>, No. CV 05-6164-WMB.

DATED: __Sept 20__, 2005

_____
WM. MATTHEW BYRNE, JR.
UNITED STATES DISTRICT JUDGE

Presented by:

_____
TRACY L. WILKISON
Assistant United States Attorney

2

# CERTIFICATE OF SERVICE

I, SUSANA ZAMBRANO, declare:

That I am a citizen of the United States and resident or employed in Los Angeles, County, California; that my business address is Office of United States Attorney, Federal Courthouse 312 North Spring Street, Los Angeles, California 90012; that I am over the age of eighteen years, and am not a party to the above-entitled action;

That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of the United States District Court for the Central District of California, at whose direction the service by mail described in this Certificate was made; that on **September 14, 2005**, I deposited in the United States mail, at the U.S. Courthouse, in the above-entitled action, in an envelope bearing the requisite postage, a copy of: **{PROPOSED} ORDER DECLARING PARTIAL WAIVER OF ATTORNEY CLIENT PRIVILEGE AND COMPELLING DISCLOSURE OF CERTAIN ATTORNEY-CLIENT COMMUNICATIONS**

service was:

[ ] Placed in a closed envelope, for collection and interoffice delivery addressed as follows:

[X] Placed in a sealed envelope for collection and mailing via United States Mail, addressed as follows:

[ ] By hand delivery addressed as follows:

[ ] By facsimile as follows:

[ ] By messenger as follows:

[ ] By federal express as follows:

**ALFONSO LUJANO MEZA**
Reg. No. 27131-112
C-117
Eloy Detention Center
1705 E. Hanna Road
Eloy, AZ 85231

at **HIS** last known address, at which place there is a delivery service by United States mail.

This Certificate is executed on **September 14, 2005**, at Los Angeles, California. I certify under penalty of perjury that the foregoing is true and correct.

_____
{Legal Assistant} Susana Zambrano